# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.:___19-cr-80073-Rosenberg/Reinhart___

18 U.S.C. §1349
18 U.S.C. § 1343
18 U.S.C. §981

UNITED STATES OF AMERICA,

vs.

T. JONATHAN TURNER,
     a/k/a Jon Barri Brothers,
NORMAN M. STRELL, and
SCOTT P. STROCHAK,

          Defendants.

_____/

FILED BY____SP____D.C.

**May 9, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    CASTLEBERRY FINANCIAL SERVICES GROUP (hereafter "CFSG"), was a Florida corporation, registered in the State of Florida on or about April 26, 2016. CASTLEBERRY HOLDINGS, INC (hereafter "CHI") became a company registered in the State of Florida on or about December 12, 2013.

2.    CASTLEBERRY ALL SPORTS (hereafter "CAS") was a Florida corporation, incorporated in 2013, with its principal place of business in Wellington, Florida.  CAS was

engaged in the retail sports memorabilia and collectibles business.

3.     T. JONATHAN TURNER, a/k/a JON BARRI BROTHERS (hereinafter TURNER) was listed as a registered officer and is the Vice-Chairman and President of the CFSG. TURNER was also listed as the President and Director of CAS.  CHI amendments filed with the State of Florida added TURNER on November 2, 2016 as Vice-President and a Director of CHI.

4.     NORMAN M. STRELL("STRELL") was the Chairman, Chief Executive Officer and Chief Financial Officer of CFSG, and the Vice-President, Treasurer and a Director of CAS.

5.     SCOTT P. STROCHAK ("STROCHAK") was the Senior Executive Vice President/Director of Alternative Investments of CFSG.

6.     Beginning at least as early as October 2017 through on or about February 21, 2019, CFSG had a SunTrust Bank (hereafter "SunTrust") account xxxx-xxxxxx-x6323 in Palm Beach County, Florida.

7.     The SunTrust Bank is an FDIC insured financial institution as defined by Title 18, United States Code, Section 20.

## COUNT 1
### (Conspiracy to Commit Wire Fraud)
### 18 U.S.C. § 1349

8.   Paragraphs 1 through 7 of the General Allegations section of this Indictment are realleged and incorporated fully herein by reference.

9.   Beginning at least as early as March 2016, the exact date being unknown to the grand jury, through on or about February 21, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**T. JONATHAN TURNER,**
**a/k/a Jon Barri Brothers,**

2

**NORMAN M. STRELL, and**
**SCOTT P. STROCHAK,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly

combine, conspire, confederate, agree and reach a tacit understanding with each other, and with

persons, known and unknown to the grand jury, to commit offenses against the United States,

that is, wire fraud, in violation of Title 18, United States Code, Section 1343.

## OBJECT OF THE CONSPIRACY

10.   It was the object of the conspiracy for the defendants and their co-conspirators to

obtain money from investors under false and fraudulent pretenses, representations and promises

by purporting to sell "principal-protected 'equity-like' fixed income" investments in "surety-bond

protected funds" that would earn guaranteed returns.

## MANNER AND MEANS OF THE CONSPIRACY

11.   The manner and means by which the defendants sought to accomplish the object of

the conspiracy included the following:

12.   The defendants falsely marketed "principal-protected 'equity-like' fixed income

returns" by investing and managing "surety-bond protected funds" for investors which would earn

guaranteed returns ranging from 7.93% to 12.23% per year, depending on the fund and the number

of years invested, with an additional 0.76% if the interest was paid annually.

13.   The defendants falsely represented that CFSG was "a leading Alternative Investment

Manager" with a five-year history of "deploying almost $800 million in capital across the balance

sheets of leading local businesses."   CFSG further claimed that the investors would make

significant returns on their capital.

3

14.   In offering materials intended to lure prospective investors into investing, the defendants, through CFSG, falsely purported to provide "principal-protected 'equity-like' fixed income returns" by managing seven separate "surety-bond protected funds."

15.   To induce the investors to purchase the investments, the defendants made one or more of the following false and fraudulent representations, which the defendants then and there knew were false and fraudulent, to the prospective investors:

a.   that CFSG had hundreds of millions of dollars in capital invested in local businesses and a portfolio of hundreds of real estate properties that generated millions of dollars in revenue annually;

b.   that the investments provided "principal-protected 'equity-like' fixed income returns" that were protected by "surety-bond protected funds" by leading insurance companies such as CNA Surety ("CNA") and Chubb Group of Companies ("Chubb") for the benefit of the investors;

c.   that TURNER had extensive industry experience and post-graduate educational qualifications in business and law;

d.   that the investment principal was fully insured and bonded, and that no fees for this insurance were charged.   The offering materials stated that the insurance were provided by "best rated companies" and explicitly named CNA and Chubb.

e.   CFSG used an investment agreement entitled "Alternative Investment Agreement" (the "Agreement").   The Agreement was provided to potential investors and made available to investors on CFSG's web page.   The Agreement falsely stated, in bold letters: "YOUR INVESTMENT IS FULLY INSURED AND BONDED THROUGH

CNA SURETY OR ONE OF ITS AUTHORIZED AFFILIATES."

16.     Using these materially false and fraudulent pretenses, representations and promises, and others, the defendants, through CFSG, sold investments to approximately 15 investors in Florida and throughout the United States, bringing in over $3,600,000.00 in revenue.

All in violation of Title, 18 United States Code, Section 1349.

## COUNTS 2-16
### Wire Fraud
### (18 U.S.C. § 1343)

17.   Paragraphs 1 through 7 of the General Allegations section of this Indictment are realleged and incorporated fully herein by reference.

18.   Beginning in or about March 2016, and continuing through in or about December 28, 2018, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**T. JONATHAN TURNER,**
**a/k/a Jon Barri Brothers,**
**NORMAN M. STRELL, and**
**SCOTT P. STROCHAK,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communications in interstate commerce, certain writings, signs or signals.

5

## OBJECT OF THE SCHEME AND ARTIFICE

19.   It was the object of the scheme and artifice to defraud for the defendants to obtain money from investors under false and fraudulent pretenses, representations and promises by purporting to sell "principal-protected 'equity-like' fixed income" investments in "surety-bond protected funds" that would earn guaranteed returns.

## MANNER AND MEANS OF THE SCHEME AND ARTIFICE

20.   Paragraphs 11 through 16 of the Manner and Means in Count One of this Indictment are realleged and incorporated fully herein by reference.

## USE OF THE INTERSTATE WIRES IN EXECUTION OF THE SCHEME

21.   On or about the dates set forth below as to each count, in the Southern District of Florida, and elsewhere, and for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, the defendants,

**T. JONATHAN TURNER,**
**a/k/a Jon Barri Brothers,**
**NORMAN M. STRELL, and**
**SCOTT P. STROCHAK,**

did knowingly cause to be transmitted by means of wire communication in interstate and foreign

6

commerce certain writings and signals, to people with initials as described below:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF EXECUTION OF THE SCHEME AND ARTIFICE |
|---|---|---|
| 2 | February 15, 2018 | Wire transfer in the amount of $500,000 from Patush LLC, Denver, CO - Wells Fargo (San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 3 | March 28, 2018 | Wire transfer of $200,000 from United States Sprinkler Inc., Birmingham, AL - Synovus Bank (Columbus, GA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 4 | April 6, 2018 | Wire transfer of $500,000 from P.R. -National Financial Services LLC – JP Morgan Chase (New York, NY) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 5 | May 8, 2018 | Wire transfer of $100,000 from I.T and L.T. Living Trust UA - TD Ameritrade account (Wells Fargo, San Francisco, CA) to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 6 | May 22, 2018 | Wire transfer of $100,000 from S.B. – Flagler Bank (Federal Reserve - Atlanta GA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 7 | June 22, 2018 | Wire transfer of $250,000 from The W.B. Revocable Trust Dated March 25, 2008 – Royal Bank of Canada-Miami (Wells Fargo, San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 8 | September 13, 2018 | Wire transfer of $250,045 from The B. Family Foundation, Inc. – Wells Fargo, (San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |

| 9 | September 19, 2018 | Wire transfer of $323,428.61 from the Coastal View Affiliates Pension Plan, Rancho Palos Verdes, CA (Citibank NA, New York, NY) – Raymond James and Associates account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
|---|---|---|
| 10 | October 24, 2018 | Wire transfer of $100,000 from the M.K. TTEE UA DTD 06072000 – Morgan Stanley (Citibank NA, New York, NY) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 11 | December 12, 2018 | Wire transfer of $100,000 from J.C. – Wells Fargo (San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 12 | December 13, 2018 | Wire transfer of $250,000 from T.V. Clearing Services LLC – Wells Fargo (San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 13 | December 18, 2018 | Wire transfer of $150,000 from D.S. TTEE UAD 4/20/04 – Bank of America (New York, NY) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 14 | December 26, 2018 | Wire transfer of $25,000 from V.R. Family – Wells Fargo (San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 15 | December 26, 2018 | Wire transfer of $75,000 from V.R. TR C.K. TTEE US DTD 11112008 – Citizens' Bank NA (Providence, RI) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |
| 16 | December 28, 2018 | Wire transfer of $250,000 from T.V. /T.V TTEE – Wells Fargo (San Francisco, CA) account to the Castleberry Financial Services Group account xxxx-xxxxxx-x6323 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATIONS

22.     The allegations of this Indictment are re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **T. JONATHAN TURNER, a/k/a JON BARRI BROTHERS, NORMAN M. STRELL, and SCOTT P. STROCHAK**, has an interest.

23.   Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(l)(C), any property real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(l)(C), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

T. JONATHAN TURNER, a/k/a Jon Barri Brothers,
NORMAN M. STRELL, and
SCOTT STROCHAK

_____ Defendant. _____/

CASE NO. 19-cr-80073-Rosenberg/Reinhart

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| ___ FTL | ✓ WPB | ___ FTP |

New defendant(s)          Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    No
    List language and/or dialect    _____

4.  This case will take  6-10  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    | | | | | | | |
    |---|---|---|---|---|---|---|
    | I   | 0 to 5 days   | _____ | | Petty   | _____ |
    | II  | 6 to 10 days  | ✓      | | Minor   | _____ |
    | III | 11 to 20 days | _____ | | Misdem. | _____ |
    | IV  | 21 to 60 days | _____ | | Felony  | ✓      |
    | V   | 61 days and over | | | | |

6.  Has this case previously been filed in this District Court?    (Yes or No)    No ____
    If yes: Judge _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    Yes
    If yes: Magistrate Case No.    19-8173-DLB
    Related miscellaneous numbers:    _____
    Defendant(s) in federal custody as of    April 26, 2019
    Defendant(s) in state custody as of    _____
    Rule 20 from the District of    _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____    No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____    No ✓

_____
Lothrop Morris
ASSISTANT U.S. ATTORNEY
Florida Bar No. 0095044

*Penalty Sheet(s) attached

REV 8/13/2018

# BOND RECOMMENDATION

19-cr-80073-Rosenberg/Reinhart

SCOTT P. STROCHAK

Defendant

$100,000 PSB      is recommended as to defendant.

A. LOTHROP MORRIS

ASSISTANT UNITED STATES ATTORNEY

# BOND RECOMMENDATION

19-cr-80073-Rosenberg/Reinhart

NORMAN STRELL

Defendant

$100,000 PSB___   is recommended as to defendant.

A. LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Case No: 19-cr-80073-Rosenberg/Reinhart

**Defendant's Name: SCOTT P. STROCHAK**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to Commit Wire Fraud | 18:1349 | 20 years<br>SR: 3 years<br>$250,000 fine or twice value of loss<br>$100 special assessment |
| 2 - 16 | Wire Fraud | 18:1343 | 20 years<br>SR: 3 years<br>$250,000 fine or twice value of loss<br>$100 special assessment |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Case No: 19-cr-80073-Rosenberg/Reinhart

Defendant's Name: NORMAN M. STRELL

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to Commit Wire Fraud | 18:1349 | 20 years<br>SR: 3 years<br>$250,000 fine or twice value of loss<br>$100 special assessment |
| 2 - 16 | Wire Fraud | 18:1343 | 20 years<br>SR: 3 years<br>$250,000 fine or twice value of loss<br>$100 special assessment |