UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case NO.: 19-cr-80073-RLR

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT P. STROCHAK,

        Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from June 10, 2019 to September 16, 2019. I understand that the period of the continuance, May 23, 2019 to September 16, 2019, will be excluded from computations of time for purposes of the Speedy Trial Act.

_____
Scott P. Strochak
Date: May 24, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May _24_, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

**GRAY ROBINSON, P.A.**
Attorneys for Defendant
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
brian.bieber@gray-robinson.com

By:    s/Brian H. Bieber
       BRIAN H. BIEBER
       Florida Bar #8140