UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80073-Rosenberg/Reinhart

UNITED STATES OF AMERICA,

v.

SCOTT P. STROCHAK,

Defendant.

_____/



FILED BY _____ D.C.

JUN 12 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL THROUGHOUT FLORIDA FOR EMPLOYMENT RELATED MATTERS ONLY [DE 40]

**THIS CAUSE** is before the Court upon Defendant, SCOTT P. STROCHAK'S ("Defendant") Unopposed Motion to Modify Conditions of Release to Permit Travel Throughout Florida for Employment Related Matters Only ("Motion") [DE 40]. On May 15, 2019, the undersigned ordered Defendant released on pretrial supervision upon a $100,000 unsecured personal surety bond. *See* DE 30, DE 31. Among the bond conditions was a requirement restricting Defendant's travel to the Southern District of Florida. [DE 31]. Trial in this case is set for September 16, 2019, with a September 11, 2019 calendar call. [DE 36].

Defendant filed his Unopposed Motion to Modify Conditions of Release to Permit Travel Throughout Florida for Employment Related Matters Only [DE 40] on June 10, 2019. In the Motion, Defendant asserts that since his release, he has remained on bond without incident, and asks the Court to permit him to travel throughout Florida for employment-related matters only. *Id.* Defendant's first business trip will be to Jacksonville, Florida, at some point in June. *Id.* The Motion further states that neither the Government nor U.S. Probation opposes the relief sought. *Id.*

1

The Court has carefully reviewed the Motion and the entire docket in this case. The Court finds that the Motion is made in good faith and that Defendant will not flee or pose a danger to the community if allowed to travel outside of the Southern District of Florida but within the state of Florida.

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Modify Conditions of Release to Permit Travel Throughout Florida for Employment Related Matters Only [DE 40] is **GRANTED**.

2. Defendant shall notify his probation officer at least forty-eight (48) hours before his intention to leave the Southern District of Florida for work-related purposes.

3. Defendant shall advise his probation officer of his itinerary for each trip outside of the Southern District of Florida, of all contact phone numbers for Defendant while outside the district, all locations where Defendant plans on staying, all transportation arrangements, and all other information requested by Pretrial Services. Further, Defendant shall notify Pretrial Services of his return to the Southern District of Florida within twenty-four (24) hours of his return.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 12th day of June, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE