UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: <u>19-CR-80073-ROSENBERG/REINHART</u>

UNITED STATES OF AMERICA,

vs.

T. JONATHAN TURNER,
    a/k/a Jon Barri Brothers,
NORMAN M. STRELL, and
SCOTT P. STROCHAK,

        Defendants.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel in connection with the Government's discovery obligations, and the Court finding good cause therefore, it is **HEREBY ORDERED**:

1. The Government's Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information is **GRANTED.**

2. The United States is authorized to disclose the discovery and sensitive information materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

3. Government personnel and counsel for Defendant shall not provide,

3

nor make available, the Discovery to any person except as specified in this Order or by approval from this Court. Therefore, defense counsel and the Government shall restrict access to the Discovery, and shall only disclose the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert witnesses to the extent that defense counsel believes is necessary to assist in the defense of her client in this matter, or that the Government believes is necessary in the investigation and prosecution of this matter.

4. Portions of the Discovery in this matter will be made available to defense counsel on digital media. No copies of the digital media shall be made, by defense counsel or the defendant, without prior approval from this Court.

5. To the extent that defense counsel makes any portion of the Discovery available in paper format to anyone, including their client, outside of counsel's office, defense counsel shall ensure that any and all sensitive information is redacted or removed and will not be susceptible to misuse or abuse. Such redaction/removal shall include, but shall not be limited to, the following:

(a) all Social Security numbers or taxpayer identification numbers;
(b) all employer names, locations, addresses, as well as salary information;
(c) all residential addresses;
(d) all telephone numbers;
(e) all email addresses; and
(f) all information identifying the contents and account number of any financial account, including bank, credit card, trust, mortgage loan and

retirement account(s).

6. Third parties contracted by the United States or defense counsel to provide expert analysis or testimony may possess and inspect the Discovery, but only as necessary to perform their duties or responsibilities in this matter. At all times, third parties shall be advised of and subject to the terms of this Order.

7. All counsel of record in this matter, including counsel for the United States, shall ensure that any party, including the defendant that obtains access to the Discovery is provided a copy of this Order. No other party that obtains access to or possession of the Discovery shall retain such access or possession unless authorized by this Order, nor further disseminate the Discovery except as authorized by this Order. Any other party that obtains access to, or possession of, the Discovery once the other party no longer requires access to or possession of the Discovery shall promptly destroy or return the Discovery to the Government once access to Discovery is no longer necessary. For purposes of this Order, "other party" is any person other than counsel for the United States, counsel for defendant, or the defendant.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for defendant shall retrieve and destroy all copies of the Discovery, except that counsel and government personnel may maintain copies in their closed files following their customary procedures. The provisions of this paragraph do not apply to any

materials provided to the defendant pursuant to paragraph 5 of this Order.

9. Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

DONE AND ORDERED in chambers at West Palm Beach, Florida, on June 24, 2019.

_____
HON. ROBIN ROSENBERG
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record