UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-CR-80073-ROSENBERG/REINHART

UNITED STATES OF AMERICA,

vs.

SCOTT P. STROCHAK,

          Defendant.
_____/

### STIPULATED FACTUAL PROFFER IN SUPPORT OF THE GUILTY PLEA

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and defendant SCOTT P. STROCHAK, together with his counsel, to admit the allegations contained within the Indictment charging him with violation of Title 18, United States Code, Section 1349, that is conspiracy to commit wire fraud as charged in the indictment filed in this case, and to stipulate that those allegations and the following recitation of the facts shall constitute the underlying factual basis for entry of defendant's plea of guilty.

If this case had proceeded to trial, the Government would have established beyond a reasonable doubt that defendant SCOTT P. STROCHAK, in the Southern District of Florida, did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, agree and reach a tacit understanding with each other, and with persons, known and unknown to the grand jury, to commit offenses against the United States, that is, wire fraud, in violation of Title 18, United States Code, Section 1343.

1

CASTLEBERRY FINANCIAL SERVICES GROUP (hereafter "CFSG"), was a Florida corporation, registered in the State of Florida on or about April 26, 2016. CASTLEBERRY HOLDINGS, INC (hereafter "CHI") became a company registered in the State of Florida on or about December 12, 2013. CASTLEBERRY ALL SPORTS (hereafter "CAS") was a Florida corporation, incorporated in 2013, with its principal place of business in Wellington, Florida. CAS was engaged in the retail sports memorabilia and collectibles business. T. JONATHAN TURNER, a/k/a JON BARRI BROTHERS, T. JONATHON TURNER (hereinafter TURNER) was listed as a registered officer and is the Vice-Chairman and President of the CFSG. TURNER was also listed as the President and Director of CAS. CHI amendments filed with the State of Florida added TURNER on November 2, 2016 as Vice-President and a Director of CHI. NORMAN M. STRELL("STRELL") was the Chairman, Chief Executive Officer and Chief Financial Officer of CFSG, and the Vice-President, Treasurer and a Director of CAS. SCOTT P. STROCHAK ("STROCHAK") was the Senior Executive Vice President/Director of Alternative Investments of CFSG.

Beginning at least as early as October 2017 through on or about February 21, 2019, CFSG had a SunTrust Bank (hereafter "SunTrust") account xxxx-xxxxxx-x6323 in Palm Beach County, Florida. The SunTrust Bank is an FDIC insured financial institution as defined by Title 18, United States Code, Section 20.

The defendants Turner and Strell falsely marketed "principal-protected 'equity-like' fixed income returns" by investing and managing "surety-bond protected funds" for investors which would earn guaranteed returns ranging from 7.93% to 12.23% per year, depending on the fund and the number of years invested, with an additional 0.76% if the

interest was paid annually.

The defendants Turner and Strell falsely represented that CFSG was "a leading Alternative Investment Manager" with a five-year history of "deploying almost $800 million in capital across the balance sheets of leading local businesses." CFSG further claimed that the investors would make significant returns on their capital.

In offering materials intended to lure prospective investors into investing, the defendants Turner and Strell, through CFSG, falsely purported to provide "principal-protected 'equity-like' fixed investments," the prospective investors:

a. that CFSG had hundreds of millions of dollars in capital invested in local businesses and a portfolio of hundreds of real estate properties that generated millions of dollars in revenue annually;

b. that the investments provided "principal-protected 'equity-like' fixed income returns" that were protected by "surety-bond protected funds" by leading insurance companies such as CNA Surety ("CNA") and Chubb Group of Companies ("Chubb") for the benefit of the investors;

c. that TURNER had extensive industry experience and post-graduate educational qualifications in business and law;

d. that the investment principal was fully insured and bonded, and that no fees for this insurance were charged. The offering materials stated that the insurance were provided by "best rated companies" and explicitly named CNA and Chubb.

e. CFSG used an investment agreement entitled "Alternative Investment Agreement" (the "Agreement"). The Agreement was provided to potential investors and made available to investors on CFSG's web page. The Agreement falsely stated, in bold

3

letters: "YOUR INVESTMENT IS FULLY INSURED AND BONDED THROUGH CNA SURETY OR ONE OF ITS AUTHORIZED AFFILIATES."

Using these materially false and fraudulent pretenses, representations and promises, and others, the defendants, through CFSG, sold investments to approximately 15 investors in Florida and throughout the United States, bringing in over $3,600,000.00 in revenue, a portion of which the defendants misappropriated for personal gain.

SCOTT P. STROCHAK admits to using these materially false and fraudulent pretenses, representations and promises, created by Turner and Strell, through Castleberry and, offered and sold investments to approximately 10 investors in Florida and throughout the United States, bringing in over $2,500,000 in revenue; and

(f)   In particular, SCOTT P. STROCHAK raised approximately $2,541,266.35 million through the sale of Castleberry stock to at least ten investors, for which he received approximately $70,325.78 in sales commissions. In total, Castleberry paid Defendant $270,325.78 during the time that Defendant was part of the conspiracy.

SCOTT P. STROCHAK understands that the elements of the crime of committing conspiracy to commit wire fraud are:

(1) two or more persons, in some way or manner, agreed to try to accomplish a common or unlawful plan to commit wire fraud, as charged in the indictment; and

(2) the defendant knew the unlawful purpose of the plan and willfully joined in it.

SCOTT P. STROCHAK admits that the United States would prove the elements of the offense of fraud by wire if this case proceeded to trial.

Defendant SCOTT P. STROCHAK admits the facts described above satisfy and support a finding that the elements of the offense of conspiracy to unlawfully engage in

fraud by wire and support a factual basis for the entry of his plea of guilty to count 1 of the indictment.

Date: 8/16/19

By: *Susan R. Oss for*
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 8/16/19

By: _____
BRIAN BIEBER, ESQ.
ATTORNEY FOR DEFENDANT

Date: 8/16/19

By: _____
SCOTT P. STROCHAK
DEFENDANT